IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of ~~~
FILED

AUG 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS REY, SR. | * | |
| | * | |
| | * | |
| VS. | * | |
| | * | CIVIL ACTION NO. B-04-134 |
| COORS BREWING COMPANY, | * | |
| PROCESS ENTERPRISES, INC. | * | |
| T&C CONSULTANTS, Individually | * | |
| And d/b/a PROCESS ENTERPRISES, | * | |
| VIRG. | * | |

## DEFENDANT COORS BREWING COMPANY'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW COORS BREWING COMPANY, Defendant herein, and files this its Certificate of Financially Interested Persons and state the following persons and/or entities are financially interested in the outcome of the litigation:

1.      Jesus Rey, Jr.;

2.      Jon Alworth;

3.      Coors Brewing Company, a subsidiary of <u>Adolph Coors Company;</u>

4.      T&C Consultants, Individually; and

5.      T&C Consultants d/b/a Process Enterprises, Virg.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____

        Eduardo Roberto Rodriguez
        State Bar No. 17144000
        Southern District Admissions No. 1944
        Joseph A. "Tony" Rodriguez
        State Bar No. 17146600
        Southern District Admissions No. 10107
        Christopher E. Moore
        State Bar No. 24011075
        Southern District Admissions No. 36611
        1201 East Van Buren
        Post Office Box 2155
        Brownsville, Texas 78522
        (956) 542-7441
        Fax (956) 541-2170

        SAM WALKER
        Coors Brewing Company
        Risk Management Department – NH314
        Golden, Colorado 80401
        Phone:      303-277-2164
        Fax:        303-277-6212

**ATTORNEYS FOR DEFENDANTS, COORS BREWING COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

Jon R. Alworth                              **CM/RRR 7003-2260-0003-0889-7739**
Alworth & Ford
62 E. Price Road
Brownsville, Texas 78521

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 24th day of August, 2004.

_____
Christopher E. Moore