United States District Court
Southern District of Texas
FILED

OCT - 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-134 |
| | § | |
| COORS BREWING COMPANY; | § | |
| PROCESS ENTERPRISES, INC.; | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

## OPPOSED JOINT DISCOVERY CASE MANAGEMENT PLAN

1.  State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

    The defendant attempted a meeting via telephone during the week of September 27 to October 1, 2004 by Joseph A. "Tony" Rodriguez. A conference was scheduled for 9:00 a.m., October 4, 2004, but Mr. Alworth did not call in. Further the plan prepared by defendant was faxed over to Jon R. Alworth in order for him to participate on behalf of Plaintiff. Additionally, a message was left on a cell number given by Mr. Alworth's office attempting to contact him.

    The Plan is filed as opposed since Mr. Alworth's consent was not obtained, though no specific disagreement as to any term is known.

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

    None.

3.  Specify the allegation of federal jurisdiction.

    Defendant removed this case to federal court alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332.

4.  Name the parties who disagree and the reasons.

    None.

5.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    None.

6.   List anticipated interventions.

None.

7.   Describe class-action issues.

None.

8.   State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

Pursuant to Rule 26(a), Defendant will make the required initial disclosures at or within 14 days after this Rule 26(f) conference.

9.   Describe the proposed agreed discovery plan, including:

A.   Responses to all the matters raised in Rule 26(f).

See description below. Counsel did attempt to confer with Plaintiff's counsel before filing this Joint Discovery Management Plan.

B.   When and to whom the Plaintiff anticipates it may send interrogatories.

Within 30 days of the Rule 26(f) conference.

C.   When and to whom the Defendant anticipates it may send interrogatories.

Defendants reserve the right to submit additional written discovery, if necessary, so long as such submissions are consistent with the Federal Rules of Civil Procedure and the local rules.

D.   Of whom and by when the Plaintiff anticipates taking oral depositions.

Defendant anticipates Plaintiff will request the deposition of workers, supervisors and medical personnel from Virginia. Defendant anticipates these depositions would be completed within the six months of the initial pretrial and scheduling hearing.

E.   Of whom and by when the Defendant anticipates taking oral depositions.

Defendant anticipates taking the deposition of Plaintiff Jesus Rey, Sr. Defendant may also take the depositions of any other fact or expert witnesses who may be identified during the course of discovery. Defendant anticipates that the depositions may be completed within nine months of the initial pretrial and scheduling hearing.

F.   When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by

Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

Plaintiff:     Designation and Reports:   May 2, 2005
Defendant:   Designation and Reports:   June 1, 2005

G.    List the expert depositions (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report)

Defendant anticipates any expert deposition will be taken before the designation deadline for the party.

H.    List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B).

Defendant anticipates taking the deposition of all Plaintiff's expert witnesses.

10.   If the parties are not agreed on a part of the discovery plan, describe the separate views and proposal of each party.

The parties attempted to conference but as of the filing deadline had not. However, no specific disagreement is known.

11.   Specify the discovery beyond initial disclosures that has been undertaken to date.

Before removal Defendant served requests for production, admissions and interrogatories upon Plaintiff and had received his responses and objections in the State Court cause.

12.   State the date the planned discovery can reasonably be completed.

July 1, 2005.

13.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

After discovery, the parties will consider mediation of this case.

14.   Describe what each party has done or agreed to do to bring about a prompt resolution.

Nothing.

15.   From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

Defendant agrees to mediation.

16.   Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

There is no known objection to a trial before a magistrate.

17. State whether a jury demand has been made and if it was made on time.

A jury trial was timely requested.

18. Specify the number of hours it will take to present the evidence in this case.

Defendant anticipates around a 5-day trial.

19. List pending motions that could be ruled on the initial pretrial and scheduling conference.

Any initial motions on file.

20. List other motions pending.

Defendant anticipates filing a Motion to Transfer.

21. Indicate other matters peculiar to this case, including discovery that deserve the special attention of the court at the conference.

None.

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

1. Jon R. Alworth
State Bar No. 01133070
The Alworth Law Firm, PC
62 East Price Road
Brownsville, Texas 78521
(956) 542-7700
Fax: (956) 504-2377
Or
111 Soledad Street, Suite 1215
San Antonio, TX 78205-2284
(210) 227-2315
Attorney for Plaintiff Jesus Rey, Sr.

2. Joseph A. "Tony" Rodriguez, Attorney in Charge
Southern District Admissions No. 10107
State Bar No. 17146600
Eduardo Roberto Rodriguez
Southern District Admissions No. 1944
State Bar No. 17144000
Christopher E. Moore
Southern District Admissions No. 36611

State Bar No. 24011075
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Telephone:  (956) 542-7441
Facsimile:  (956) 541-2170

Samuel Walker
Coors Brewing Company
Risk Management Department – NH314
Golden, Colorado 80401
Telephone: (303) 277-2164
Facsimile: (303) 277-6212
Attorney for Defendant Coors Brewing Company


By: _____          Date:_____
Jon R. Alworth

By: _____J Rodriguez_____          Date:_Oct. 4, 2004_
Joseph A. "Tony" Rodriguez  by Chris Moore
                            with Permission

Respectfully submitted,

Rodriguez, Colvin, Chaney & Saenz, L.L.P.


By: _____Chris Moore_____
Eduardo Roberto Rodriguez
State Bar No. 17144000
Southern District Admissions No. 1944
Joseph A. "Tony" Rodriguez
State Bar No. 17146600
Southern District Admissions No. 10107
Christopher E. Moore
Southern District Admissions No. 36611
State Bar No. 24011075
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

Samuel Walker
Coors Brewing Company
Risk Management Department – NH314
Golden, Colorado 80401
Telephone: (303) 277-2164
Facsimile: (303) 277-6212

ATTORNEYS FOR DEFENDANT,
COORS BREWING COMPANY

By: _____

Jon R. Alworth
State Bar No. 01133070
The Alworth Law Firm, PC
62 East Price Road
Brownsville, Texas 78521
(956) 542-7700
Fax:  (956) 504-2377

Or

111 Soledad Street, Suite 1215
San Antonio, TX 78205-2284
(210) 227-2315
ATTORNEY FOR PLAINTIFF JESUS
REY, SR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Opposed Joint Discovery Case

Management Plan was served upon all counsel of record, to-wit:

Jon R. Alworth
The Alworth Law Firm, PC
62 East Price Road
Brownsville, Texas 78521
Attorney for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand

delivery pursuant to the Federal Rules of Civil Procedure on this the 4th day of

October, 2004.

_____
Joseph A. "Tony" Rodriguez  with permission
by chris Moore