IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | C.A. NO. B-04-134 |
| | § | |
| COORS BREWING COMPANY; | § | |
| PROCESS ENTERPRISES, INC.; | § | |
| T&C CONSULTANTS, INDIVIDUALLY | § | |
| UNKNOWN JOHN DOE POLICE | § | |
| AND D/B/A PROCESS ENTERTRISES, | § | |
| VIRG. | § | |
| DEFENDANTS. | § | |

United States District Court
Southern District of Texas
ENTERED

OCT - 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk P. Ahirmada

## ORDER

BE IT REMEMBERED that on October 6, 2004, the Court **ORDERED** Plaintiff to confer with Defendants and submit a *Joint* Discovery Case Management Plan pursuant to Federal Rule of Civil Procedure 26(f) and Chamber Rules no later than 4:00 p.m. on October 12, 2004.

DONE this 6th day of October, 2004, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge