IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR., | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | C.A. NO. B-04-134 |
| | § | |
| COORS BREWING COMPANY; | § | |
| PROCESS ENTERPRISES, INC.; | § | |
| T&C CONSULTANTS, INDIVIDUALLY | § | |
| UNKNOWN JOHN DOE POLICE | § | |
| AND D/B/A PROCESS ENTERTRISES, | § | |
| VIRG. | § | |
| DEFENDANTS. | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on October 12, 2004, the Court, having received a Joint Discovery Case Management Plan in which the parties agree to trial before a magistrate pursuant to 28 U.S.C. § 636(c), **CANCELLED** the initial pretrial conference scheduled for October 18, 2004. The parties are **ORDERED** to submit an executed consent form no later than Friday October 15, 2004, at 4:00 p.m. After receiving the signed consent form, the Court will transfer the case to the Magistrate Judge.

DONE this 12th day of October, 2004, at Brownsville Texas.

Hilda G. Tagle
United States District Judge