United States District Court
Southern District of Texas
FILED

OCT 1 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

JESUS REY, SR. §

versus § Civil Action No. B- 04-134

COORS BREWING COMPANY, ET AL §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| JON ALWORTH | Plaintiff, Jesus Rey, Sr. | 10/15/04 |
| JOSEPH A. (TONY) RODRIGUEZ | Def, Coors Brewing Co. | 10-13-04 |

United States District Court
Southern District of Texas
FILED

OCT 1 8 2004

Michael N. Milby
Clerk of Court

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge **Felix Recio** to conduct all further proceedings, including final judgment.

10/18/04
Date

United States District Judge

**NOTE**: *RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.*