UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS REY, SR. | * | |
| vs | * | CIVIL ACTION NO. B-04-134 (636(c)) |
| COORS BREWING COMPANY | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

November 4, 2004, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701

BY ORDER OF THE COURT

October 19, 2004

cc:   All Counsel