# COURTROOM MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

NOV - 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Clerk: | S Garcia |
| Law Clerk: | J Scott |
| ERO: | D Ahumada |
| Interpreter: | not needed |
| CSO: | Figueroa |
| Date: | November 4, 2004 at 2:10 p.m. to 2:20 p.m. |

## CA No. B-04-134   (636(c))

| | | |
|---|---|---|
| Jesus Rey   Sr. | * | J Alworth |
| vs | * | |
| Coors Brewing Co. | * | C Moore |

### INITIAL PRETRIAL AND SCHEDULING CONFERENCE

J Alworth present with Jesus Rey   Sr;
C Moore present for the defendant;

J Alworth briefly states facts of the case;

Agreement of scheduling order; Scheduling order to be prepared and sent to parties;

Court adjourned.