United States District Court
Southern District of Texas
FILED

NOV 18 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| VS. | § | C.A. NO. B-04-134 |
| | § | |
| COORS BREWING COMPANY, ET AL | § | |

## PLAINTIFF'S INITIAL DISCLOSURES

TO:   COORS BREWING COMPANY, INC., Defendant, by and through its attorney of record, Mr. Joseph A. "Tony" Rodriguez, Rodriguez, Colvin, Chaney, & Saenz, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78520.

JESUS REY, Plaintiff, makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

### A. Individuals with Discoverable Information

1.     The name, address, and telephone number of individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings include:

Jesus Rey, Sr.

Brownsville, Texas 78520

Plaintiff

Maria de Jesus Rey

Brownsville, Texas 78520

Plaintiff's wife

Jesus Rey, Jr.

███████████████

Brownsville, Texas 78520

███████████

Plaintiff's son

Yvette Villarreal

████████████████████

Brownsville, Texas 78520

█████████████

Plaintiff's daughter

Rebecca Rey

████████████████

Brownsville, Texas 78520

█████████████

Plaintiff's daughter

Plaintiff's wife, son and daughters may be called to testify as to how the incident made the basis of this suit has affected plaintiff's daily life.

The Fire Watch and Operator
At Coors work site
*Names unknown at this time*

Supervisors, employees & co-workers of Plaintiff
at Defendant Process Enterprises
██████████████████████

Elkton, Virginia 22827

Darrell Hart

████████████████████████

Elkton, Virginia 22827

Larry Henderson
*Address and phone number unknown*
Witness

Mike Welch
*Address and phone number unknown*

Dr. Jairo Rodriguez

████████████████

Brownsville, Texas 78520

████████

Custodian of Records for
Dr. Jairo Rodriguez

██████████████████

Brownsville, Texas 78520

████████

Dr. Carlos Chavez

█████████████████

 Brownsville, Texas 78526

████████

Custodian of Records for
Dr. Carlos Chav██

██████████████████

 Brownsville, Texas 78526

████████

Doctors, nurses and hospital personnel at
Valley Regional Medical Center

████████████

Brownsville, Texas

█████████

Custodian of Records for
Doctors, nurses and hospital personnel at
Valley Regional Medical Center

████████

Brownsville, Texas

█████████

Dr. Alberto Almeida

████████████

Brownsville, Texas 78520

█████████

Custodian of Records for
Dr. Alberto Almeida
1096 E. Los Ebanos
Brownsville, Texas 78520
(956) 986-2515

## B. Relevant Documents & Tangible Things

2.    Plaintiff has not completed gathering of medical records.  Attached are copies

of documents currently in Plaintiff's possession.

## C. Information Related to Calculation of Damages

3.    Plaintiff has not completed gathering of medical records and loss of earning

capacity.  Attached are copies of documents currently in Plaintiff's possession.

## D. Insurance

4.    There are no insurance agreements in Plaintiff's possession.


Respectfully submitted,

**THE ALWORTH LAW FIRM, P.C.**
62 E. Price Road
Brownsville, Texas   78521
(956) 542-7700
(956) 504-2377 [fax]


By:_____
     **JON R. ALWORTH**
     SBN: 01133070

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on the 18th day of November, 2004, a true and correct copy of the foregoing instrument was served by facsimile and regular mail to:

Mr. Joseph A. "Tony" Rodriguez                    *Via Facsimile (956) 541-2170*
**Rodriguez, Colvin, Chaney & Saenz, L.L.P.**
1201 E. Van Buren
Brownsville, Texas  78520.


_____
**JON R. ALWORTH**