COORS BREWING COMPANY
#136 SOUTH EASTSIDE HIGHWAY
ELKTON, VA 22827

DATE: 04-OC-01

TO: _____
FROM: _____
CONTRACTOR: Process Enterprises
CLIENT: COORS BREWING COMPANY
PROJECT NUMBER: _____
PROJECT TITLE: Mech #2 Job 553-01

REFERENCES:
AMMONIA RELEASE @ BLENDING BUILDING
04-OC-01 @ APPX 2:50 PM

DESCRIPTION OF PROBLEM / INFORMATION REQUIRED (Attach sketches as necessary):

THIS RFI IS TO DOCUMENT MANHOURS OF LOST PRODUCTIVITY DUE TO AN AMMONIA RELEASE BY COORS. AT APPX 2:50 PM AMMONIA ENGULFED WORKERS ON THE ROOF OF THE BLENDING BUILDING, SETTLED DOWN THE STAIRWELL AFFECTING WORK AT THE MEZZANINE LEVEL, AND CONTINUED DRIFTING DOWN HARD SO AS TO BE DETECTED AT GROUND LEVEL WHILE EXITING THE BUILDING. SEVERAL WORKERS ON THE ROOF WERE EXPOSED. ALL CLEAR GIVEN AT APPX 4:30 PM.

4 FTR      2 HLPR     1 FRM  } 1½ HOURS EA
2 WLDR     FW

REQUESTED REPLY DATE: 06-OC-01    PREPARED BY: DARRELL HART

FOR RESOLUTION   DATE:

RESPONSE:

TITLE: _____   DATE: _____

DISTRIBUTION:

| J.E. MERIT | J.E. GREENVILLE | COORS | CONTRACTOR |
|---|---|---|---|
| ART BRIDGES | BUTCH MASSA | | |
| TOM ETHRIDGE | MIKE WEBB | | |
| JERRY HARRISON | SHEREE KNIGHT | | |
| RED MEYERS | | | |
| RON RANICK | | | |
| JOHN ROGERS | | | OTHERS |
| DWIGHT BEAVERS | | | |

**[COMPANY]**
5138 SOUTH EASTSIDE HIGHWAY
ELKTON, VA [ZIP]

TO: _____
FROM: _____

JOB NUMBER: _____
CONTRACTOR RFI NUMBER: ____
DATE: 18-OC-01

CONTRACT #: _____
CONTRACTOR: Process Enterprises

CLIENT: COORS BREWING COMPANY
PROJECT NUMBER: SY5511
PROJECT TITLE: Mech #2 Job 553-01

REFERENCE:
AMMONIA LEAK IN MEZZANINE AREA
THURSDAY  18-OC-01

DESCRIPTION OF PROBLEM / INFORMATION REQUIRED (Attach sketches as necessary):

THIS RFI IS TO DOCUMENT MANHOURS OF LOST PRODUCTIVITY DUE TO AN AMMONIA LEAK IN THE MEZZANINE AREA. AT APPX 4:20 PM AN EMPLOYEE INHALED A HEAVY DOSE OF AMMONIA — THE REMAINDER OF EMPLOYEES HAD TO RAPIDLY EXIT AREA DUE TO CONCENTRATION OF SAID GAS. WORK COULD NOT RESUME IN MEZZANINE UNTIL UTILITY OPERATIONS REPAIRED LEAK. LEAK WAS REPAIRED THE MORNING OF 19-OC-01.

2 FITTERS  2 HELPERS  1 WELDER  1 FIREWATCH  1 FOREMAN

REQUESTED REPLY DATE: 20-OC-01    PREPARED BY: DARRELL HART

FOR RESOLUTION    DATE:

RESPONSE:

_____
BY: _____  TITLE: _____  DATE: _____

DISTRIBUTION:

| J.E. MERIT | J.E. GREENVILLE | COORS | CONTRACTOR |
|---|---|---|---|
| ART BRIDGES | BUTCH MASSA | | |
| TOM ETHRIDGE | MIKE W____ | | |
| JERRY HARRISON | SHE___ W____ | | |
| R__ M___ | | | |
| RON R____ | | | |
| JOHN ROGERS | | | OTHER |
| MIGHT BEAVERS | | | |

[COMPANY]
5138 SOUTH EASTSIDE HIGHWAY
ELKTON, VA 22827

JOB RFI NUMBER: ___
CONTRACTOR RFI NUMBER: ___
DATE: 20-OC-01

TO: ___
FROM: ___
CONTRACT #: ___
CONTRACTOR: Process Enterprises
CLIENT: COORS BREWING COMPANY
PROJECT NUMBER: 3768311
PROJECT TITLE: Mech #2 Job 553-01

REFERENCES:

## AMMONIA LEAK IN BLENDING BUILDING
### SATURDAY 20-OC-01

**DESCRIPTION OF PROBLEM / INFORMATION REQUIRED** (Attach sketches as necessary):

THIS RFI IS TO DOCUMENT MANHOURS OF LOST PRODUCTIVITY DUE TO AN AMMONIA LEAK IN THE BLENDING BUILDING.

AT APPX 11:05 AM, WORKERS DETECTED VERY STRONG ODOR - SO STRONG THEY WERE FORCED TO LEAVE ELEVATED WORK AREA AND SEEK FRESH AIR.

OPERATIONS WAS NOTIFIED, ACKNOWLEDGE A LEAK EXISTED, AND HAD MAINTAINENCE REPAIR THE LEAK. AFTER THE REPAIR, "GARAGE" DOOR WAS OPENED TO HELP CLEAR OUT THE BUILDING. WORK RESUMED AT AT APPX 11:48 AM

1 FIT-WATCH  1 FOREMAN  1 FITTER  1 WELDER  1 HELPER

REQUESTED REPLY DATE: 22-OC-01     PREPARED BY: DARRELL HART

FOR RESOLUTION   DATE:

RESPONSE:

_____

BY: ___   TITLE: ___   DATE: ___

DISTRIBUTION:

| J.E. MERIT | J.E. GREENVILLE | COORS | CONTRACTOR |
|---|---|---|---|
| ART BRIDGES | BUTCH MASSA | | |
| TOM ETHRIDGE | MIKE ??? | | |
| JERRY HARRISON | SHERRIE BRIGHT | | |
| RED METERS | | | |
| RON RANICK | | | OTHERS |
| JOHN ROGERS | | | |
| NIGHT BEAVERS | | | |

PROCESS ENTERPRISES, INC. VIRGINIA PAYROLL
387912 JESUS M. REY                                        3679  10/22/01  10/28/01    2447

| EARNINGS | HRS. | CURR AMT | Y.T.D. | DEDUCTIONS | CURR AMT | Y.T.D. |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 800.00 | 10400.00 | SS | 86.80 | 1219.54 |
| OVERTIME 1 | 20.00 | 600.00 | 9270.00 | MCARE | 20.30 | 285.22 |
| OVERTIME 2 |  | 0.00 |  | FEDERAL WH. | 118.70 | 2028.50 |
|  |  |  |  | TEXAS | 0.00 | 0.00 |
|  |  |  |  | SIX | -480.00 | -6560.00 |

20.000         1400.00         -254.20         1654.20         19670.00         -3026.74         22696.74
PAY RATE       CURR EARN       CURR DED        NET PAY         YTD EARN         YTD DED          YTD NET PAY

2447