IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § § | |
| V. | § § | CIVIL ACTION NO. B-04-134 |
| COORS BREWING COMPANY; PROCESS ENTERPRISES, INC.; T&C CONSULTANTS, Individually and d/b/a PROCESS ENTERPRISES, VIRG. | § § § § § | |

### ORDER SETTING HEARING ON DEFENDANT COORS BREWING COMPANY'S MOTION TO TRANSFER VENUE

On this day, came on to be considered, Defendant, Coors Brewing Company's Motion to Transfer Venue, and filed with the Court on _____, 2004, in the above styled and numbered cause. The Court having considered said motion and the documents on file is of the opinion that a hearing should be set, it is therefore,

ORDERED, ADJUDGED and DECREED that a hearing be set on Defendant, Coors Brewing Company's Motion to Transfer Venue on the \_\_\_\_\_ day of _____, 2004, at \_\_\_\_\_ o'clock, \_\_\_\_\_.m. in the United States District Court for the Southern District of Texas, Brownsville Division.

SIGNED THIS the \_\_\_\_\_ day of _____, 2004.

_____
JUDGE PRESIDING

cc:   Joseph A. Rodriguez
      Jon R. Alworth