IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-134 |
| | § | |
| COORS BREWING COMPANY; | § | |
| PROCESS ENTERPRISES, INC.; | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

## ORDER GRANTING DEFENDANT COORS BREWING COMPANY'S MOTION TO TRANSFER VENUE

On this day, came on to be considered, Defendant, Coors Brewing Company's Motion to Transfer Venue in the above styled and numbered cause. The Court having considered said motion together with the documents on file is of the opinion that same should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED, Defendant, Coors Brewing Company's Motion to Transfer Venue is granted and this cause shall be transferred to the United States District Court of the Western District of Virginia, Harrisonburg Division.

SIGNED on this _____ day of _____, 2004.


_____
JUDGE PRESIDING

cc: Joseph A. Rodriguez
    Jon A. Alworth