IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| VS. | § | |
| | § | C.A. NO. B-04-134 |
| COORS BREWING COMPANY, | § | |
| PROCESS ENTERPRISES, INC., | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

## PLAINTIFF JESUS REY, SR.'S MOTION FOR LEAVE TO ENLARGE TIME

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Jesus Rey, Sr., files this motion for leave and would show the Court as follows:

1.     Plaintiff inadvertently failed to submit his response to Defendant's Motion to Transfer venue, and requests two additional days.

2.     This request is not opposed by the defendant.

3.     Plaintiff's request will not prejudice the defendant, will not hinder the prosecution of the case, and is not necessary due to conscious indifference.

4.     Plaintiff's attorney instructed his paralegal to contact the Court, upon receipt of the Motion, for the purpose of clarifying and assuring an understanding of the Court's preference for the time of a Response. Ironically, only through the paralegal's misunderstanding of the explanation given, did the plaintiff fail to timely respond; thus providing the genesis for the request of a one day extension.

5.     For these reasons, Plaintiff respectfully asks the court to enlarge the time to respond to Defendant's Motion to Transfer Venue by two days, or until December 23, 2004.

Respectfully submitted,

**THE ALWORTH LAW FIRM, P.C.**
62 E. Price Road
Brownsville, Texas  78521
Telephone No. (956) 542-7700
Facsimile No. (956) 504-2377


BY: _____
　　　　　JON R. ALWORTH
　　　　　State Bar No. 01133070

ATTORNEY FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I certify that I mailed a copy of *Plaintiff's Motion for Leave* by fax and first class mail

on the 23rd day of December, 2004, to the following:

Joseph A. "Tony" Rodriguez
Rodriguez, Colvin, Chaney & Saenz
1201 E. Van Buren
Brownsville, Texas 78521


_____
JON R. ALWORTH