19-JL-04

I, Darrell G. Hart, was hired "over the phone" by Mike Welch to work for Process Enterprise as a Piping Foreman at Coors Brewery in Elkton, VA. on July 1st 2001.

Shortly thereafter, I called Jesus Rey and "hired him by phone." I did state that the job had good clean work and the pay scale was $20.00 per hour with $50.00 a day per diem. I stated it would be safe, easy work since most piping was "smallbore".

Coors - Client
Process Enterprise - Contractor
   Mike Welch - Pipe Superintendant
   Darrell Hart - Pipe Foreman
   Jesus Rey - Pipe Fitter

Hope this helps you.

Darrell G. Hart

Sworn before me this 19th day of July, 2004.

_____
Notary

**EXHIBIT "A"**

## AFFIDAVIT

STATE OF TEXAS               §

COUNTY OF CAMERON   §

BEFORE ME, the undersigned authority, on this day personally appeared, Jesus Rey, Sr. whose identity is known to me and who, having been first duly sworn upon oath stated:

"My name is Jesus Rey, Sr., I am over the age of eighteen; I have never been convicted of a felony, am sound of mind and capable of executing this affidavit. I am the Plaintiff in the lawsuit styled; Jesus Rey, Sr. v Coors Brewing Company; Process Enterprises, Inc.; T&C Consultants, Individually and DBA Process Enterprises, Virginia.

In early July, 2001, I received a call from Darrell Hart (a man I had worked for on past jobs), who was calling on behalf of Process Enterprises, Inc., asking me if my son (Jesus Rey, Jr.) and I would come work for him at the Coors brewery in Elkton, Virginia. Darrell Hart, had been hired by Process Enterprises to recruit, hire and agree on a crew. Mr. Hart, (Darrell) explained to me the terms of the employment, that the pay was $20.00 an hour and $80.00 a day per diem, he also told me that it was good, clean work and that it would be safe, (we previously worked with him in refineries, and the work is dangerous) easy and that there would be plenty of overtime and long term work. The money was good and my son and I had recently been laid off from our previous job; we accepted. My son and I had worked for Mr. Hart in the past, we knew he would stick with the agreement we had agreed to over the phone; he had in the past, and we had no worries that he did not have the authority to hire us and set out our pay and terms of work. Two other local co-workers were also hired by Darrell, so the two co-workers, my son and I, packed our things and left on a Saturday morning. We arrived in Virginia on Sunday at noon, as soon as we arrived, we called Darrell and he met us at our hotel, gave us directions to the Coors plant and we went to work on Monday morning. We worked for the brewery until I was hurt, then we came home.

My name is Jesus Rey, Sr., I have read the foregoing document, it is my personal statement, all information contained herein is true and correct, to the best of my knowledge.

Signed this _17_ day of _July_, 2004.

_Jesus M. Rey_
Jesus Rey, Sr.

SUBSCRIBED and SWORN to before me on _17th July_, 2004.

_Gela Brooks_
Gela Brooks

Notary Public, State of Texas. Commission expires: 01/22/2007

