United States District Court
Southern District of Texas
ENTERED

DEC 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| VS. | § | |
| | § | C.A. NO. B-04-134 |
| COORS BREWING COMPANY, | § | (636(c)) |
| PROCESS ENTERPRISES, INC., | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

---

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO ENLARGE TIME

On December 28th, 2004, the court considered Plaintiff's Motion for Leave to Enlarge Time to submit his response to Defendant's Motion to Transfer venue. After considering the motion, the court

FINDS there is cause to enlarge the time for Plaintiff to submit his response to Defendant's Motion to Transfer venue after the deadline because of excusable neglect. Therefore, the court GRANTS the request to enlarge time until December 23, 2004.

SIGNED on 28th of December, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED & ENTRY REQUESTED

_____
JON R. ALWORTH
SBN 01133070
THE ALWORTH LAW FIRM, P.C.
62 E. Price Road
Brownsville, Texas 78521
Telephone No. (956) 542-7700
Facsimile No. (956) 504-2377