United States District Court
Southern District of Texas
FILED

JAN 1 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

JESUS REY, SR.  *

vs  *  CIVIL ACTION NO. B-04-134
   (636(c))

COORS BREWING COMPANY, ET AL  *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### HEARING ON MOTION TO TRANSFER VENUE

January 21, 2005, at 9:00a.m.
(RESET FROM 1/13/05)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:  U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701

**BY ORDER OF THE COURT**

January 13, 2005

cc:    All Counsel