| | | |
|---|---|---|
| COURTROOM MINUTES | : | **Felix Recio, Judge Presiding** <br> **Southern District of Texas, Brownsville Division** |
| Courtroom Clerk | : | S Garcia |
| ERO | : | D Ahumada |
| Interpreter | : | S Cortez present not needed |
| USPO | : | J Del Castillo |
| CSO | : | Richarson |
| Date | : | January 21, 2005 from 9:05 to 9:30 a.m. |

United States District Court
Southern District of Texas
FILED

JAN 2 1 2005

Michael N. Milby
Clerk of Court

---

CA No: **B-04-134** (636(c))     &
                                  &
Jesus Reyes Sr                    &     J Alworth

vs                                &

Coors Brewing Company et al       &     T Colvin

---

### HEARING ON MOTION TO TRANSFER VENUE

J Alworth present for plaintiff Jesus Reyes Sr;
T Colvin present for defendant Coors Brewing Company;

T Colvin proceeds to state facts and argues defendants Motion to Transfer Venue to the Western District of Virginia;

The Court addresses T Colvin;

J Alworth addresses the Court as to the plaintiff's permanent injury; Counsel argues against Defendant's Motion to Transfer Venue stating the burden to litigate this matter in Virginia;

T Colvin addresses the Court and further argues his motion;

J Alworth states his closing remarks;

The Court will render a decision on this matter within two to three weeks;

The Court will accept briefs as to the parties positions;

Court adjourned.