United States District Court
Southern District of Texas
FILED

AUG 16 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| VS. | § | |
| | § | C.A. NO. B-04-134 |
| COORS BREWING COMPANY, | § | |
| PROCESS ENTERPRISES, INC., | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

**Plaintiff, Jesus Rey's Motion for Leave and to Enlarge Time, to Amend the Joint Discovery Plan and to Continue the Trial Setting**

TO THE HONORABLE UNITED STATES MAGISTRATE:

Plaintiff, Jesus Rey, Sr., files this, his **Motion for Leave and to Enlarge Time, Motion to Amend the Joint Discovery Plan and extend (or revise and amend) the deadlines provided for in that Plan, and to Continue the Trial Setting** and would show the Court as follows:

1.  Defendant, Coors Brewing Company, and Plaintiff, Jesus Rey, appeared before the Honorable United States Magistrate Felix Recio, and with the Court's guidance and upon subsequent Order, the parties' initiated a Joint Discovery Control Plan.

2.  Since the implementation of the Discovery Control Plan, the plaintiff, and his son, have been tendered for deposition, but no further discovery has been conducted.

3.      Plaintiff's counsel and counsel for Coors have had numerous and ongoing discussions regarding a continuance; however , at this time plaintiff's counsel is not certain of the defendant's position in regard to this Motion. In an effort to be fair and accurate, this Motion will unfortunately burden the Court with conversational exchanges.

In early May, counsel for the plaintiff, wrote the Court and counsel, describing a series of maladies that were unexpected, unusual and disruptive. Plaintiff's counsel believes the letter was written, while in trial, on counsel's laptop. The laptop was subsequently stolen, prior to back up, or the letter would be provided, herein.

Shortly thereafter, counsel exchanged numerous messages; however, several weeks went by before a conversation actually occurred (in fairness, counsel for the defendant made more calls; as the circumstances described in the letter, continued to provide challenges. The laptop lost [by theft] added to those challenges).

In the first conversation that did occur, Mr. Colvin asked rhetorically [and I paraphrase], "well are we going to continue this case?" Under the circumstances, counsel for the plaintiff, concluded the defendant was in agreement that more time was necessary for discovery, factual development and case preparation. Counsel for the plaintiff responded that that was most likely a wise request to make of the Court.

Mr. Colin indicated he would discuss the mechanics with Mr. Rodriguez, and there was an agreement to discuss the matter once more in the immediate future.

Without belaboring the point ; thereafter, at least one (two, if memory serves) follow-up conversations took place between plaintiff's counsel and Mr. Rodriguez. A possible agreement for a continuance, and the potential efficacy of mediation were discussed. An inquiry as to the plaintiff's expectations was made, but neither an affirmative, nor a negative posture (related to continuance) was clearly indicated.

4. In an abundance of caution, plaintiff's counsel wishes to make clear (and hopefully has done so already), that this Motion is by no means an assertion of any misleading intent, or chicanery on the defendant's part. If anyone is to blame for any misunderstanding, that blame does not lie with the defendant. The law firm, and the individual lawyers, representing Coors, have always been honorable and their conduct has always been consistent with the principles of integrity to which we professionally aspire.

5. With equal fervor, the plaintiff would assert that the underlying merit of this Request is sound and in the interests of justice. The severity of Mr. Rey's injuries combined with such an unusual congruence of circumstances ( exponentially more disruptive than any other time or set of circumstances during plaintiff's counsel's 20 year legal career; counsel would respectfully welcome any inquiry into these matters the Court deemed appropriate), and additional time will allow both parties to properly advocate their respective positions

6    Therefore, plaintiff's request will not unduly prejudice the defendant, nor will it impede justice; to the contrary, the relief will make the truth more ascertainable.

7. Plaintiff's counsel is unaware of any inconvenience (other than the failure to help move a crowded docket along) this request will cause the court and apologizes for the necessity of this request.

8. This Motion does not owe its origin to indifference, but rather to unplanned and unwelcome occurrence. Should the defendant be inclined to agree; and more importantly, should the Court be inclined to consider this Request, plaintiff's counsel will endeavor to cooperate to the fullest extent contemplated by the purposes of the Discovery process, and to be diligent in all aspects of case advancement and responsibility.

9. For these reasons, Plaintiff respectfully asks the court to enlarge the deadlines previously set forth by the court, and to continue this trial in the interests of justice, and for all relief to which he may be justly entitled.

Respectfully Submitted,

THE ALWORTH LAW FIRM, P.C.
62 E. Price Road
Brownsville, Texas 78521
Telephone No. (956) 542-7700
Facsimile No. (956) 504-2377

BY: _____
JON R. ALWORTH
State Bar No. 01133070

ATTORNEY FOR THE PLAINTIFF
AND ATTORNEY IN CHARGE

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of *Plaintiff's Motion for Leave* by fax and first class mail on the 15th day of August 2005, to the following:

Joseph A. "Tony" Rodriguez
Rodriguez, Colvin, Chaney & Saenz
1201 E. Van Buren
Brownsville, Texas 78521

JON R. ALWORTH

# VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, on this day personally appeared Jon R. Alworth, in the above styled and numbered cause of action, and after being duly sworn, stated that the facts contained in Plaintiff's Motion to Extend Time, for Leave, and for continuance are true and correct to the best of his knowledge.

_____
Jon R. Alworth

SWORN TO AND SUBSCRIBED BEFORE ME the undersigned authority on this the 15th day of August 2005, personally appeared Jon R. Alworth to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS

Zulema L. Garza
Notary Public, State of Texas
My Commission Expires:
AUGUST 29, 2006