IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS REY, SR. § | |
| § | |
| VS. § | |
| § | C.A. NO. B-04-134 |
| COORS BREWING COMPANY, § | |
| PROCESS ENTERPRISES, INC., § | |
| T&C CONSULTANTS, Individually and § | |
| d/b/a PROCESS ENTERPRISES, VIRG. § | |

**Order on Plaintiff's Motion for Leave and to Enlarge Time, to Amend the Joint Discovery Plan and to Continue the Trial Setting**

On August ____, 2005, the Court considered Plaintiff's Motion for Leave to Enlarge Time, to amend the Joint Discovery Plan and to continue the trial of this cause. After considering the motion, the Court:

FINDS there is cause to continue this cause and to enter a new Joint Discovery Plan. Therefore, the Court GRANTS the request to continue this cause, and will hold a Hearing to determine and set all applicable dates, including the new trial setting, and will inform the parties of the setting upon further Order.

Signed on this , the _____ of August, 2005.

_____
UNITED STATES MAGISTRATE
The Honorable, Felix Recio