# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS REY, SR. | * |
| vs | *   CIVIL ACTION NO. B-04-134 |
| | (636(c)) |
| COORS BREWING CO., ET AL. | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**Hearing on Plaintiff's Motion for Leave and to Enlarge Time,
to Amend the Joint Discovery Plan and to Continue the Trial Setting**

**August 25, 2005, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:  U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

**BY ORDER OF THE COURT**

August 18, 2005

cc:   All Counsel