**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JESUS REY, SR. | * | |
| | * | |
| VS | * | C.A. NO. B-04-134 |
| | * | (636(c)) |
| COORS BREWING COMPANY, ET AL | * | |

**AMENDED RULE 16, F.R.C.P. SCHEDULING ORDER**

Plaintiffs' motion for extension of deadlines is hereby **GRANTED**. The following-amended schedule will control the disposition of this case unless an objection to the proposed schedule is filed with the Clerk of the court no later than 14 days following the date of this Order. A copy of any such objections must be sent to my Chambers. All prior discovery deadlines, if any, are superseded by this Order.

1. **October 27, 2005**  **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. **October 07, 2005**  **MOTIONS FOR EXTENSION OF TIME** to complete discovery must be filed by this date.

3. **September 15, 2005**  **AMENDMENT OF PLEADINGS** must be accomplished by this date.

4. **September 30, 2005**  **PLAINTIFFS' EXPERT DISCLOSURES** shall be made by this date, with defendant's expert disclosures to follow thirty days thereafter. See Fed.R.Civ.P.26(a)(2).

5. **October 07, 2005**  **DEFENDANT'S EXPERT DISCLOSURE** should be made by this date.

6. **September 15, 2005**  **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

7. **November 14, 2005**  **MOTION DEADLINE**: All other motions, including dispositive motions and Daubert motions to strike expert testimony, must be filed by this date.

9. **November 25, 2005**  **MOTIONS HEARING**: A hearing to address any pending motions, including dispositive motions, will be held this date at 2:00 p.m. in the 2nd Floor Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. If there are no pending motions or other matters that should be addressed prior to the Final Pretrial Conference,

         the parties may request by an agreed motion that this setting be canceled.

9. **November 28, 2005**  **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel n the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

10. **November 30, 2005**  **FINAL PRETRIAL CONFERENCE** is set on this date at 2:00 p.m., before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

11. **December 01, 2005**  **JURY SELECTION** is set on this date at 9:00 a.m., before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

12. **December 05, 2005**  **JURY TRIAL** is set on this date at 9:00 a.m., before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference.  Failure to timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate.  Any motion presented for filing which is not in compliance with the Local Rules will be stricken from the record.  In particular, counsel are reminded that motions must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree.  The conference requirement is important because it helps insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset.  For similar reasons, counsel must notify the Court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on <u>25th</u> day of August 2005.

                                        Felix Recio
                               United States Magistrate Judge