IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. B-04-134 |
| COORS BREWING COMPANY; | § | |
| PROCESS ENTERPRISES, INC.; | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

**ORDER GRANTING DEFENDANT, COORS BREWING COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

On the _____ day of _____, 2005, came to be heard the No Evidence Motion for Summary Judgment of Defendant, Coors Brewing Company, in the above referenced cause of action, and the Court having considered the pleadings on file is of the opinion that said motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the No Evidence Motion for Summary Judgment is hereby **GRANTED** as to Defendant, Coors Brewing Company.

Signed for Entry on this _____ day of _____, 2005.

_____
Judge Presiding

cc:
Jon Alworth, 62 E. Price Road, Brownsville, Texas 78521
Joseph A. (Tony) Rodriguez/Norton A. (Trey) Colvin III, P.O. Box 2155, Brownsville, Texas 78522