IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| V. | § | |
| | § | **CIVIL ACTION NO. B-04-134** |
| COORS BREWING COMPANY; | § | |
| PROCESS ENTERPRISES, INC.; | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

**ORDER SETTING HEARING ON DEFENDANT, COORS BREWING COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Coors Brewing Company's No Evidence Motion for Summary Judgment is set for a hearing at _____ on the _____ day of _____, 2005. In the United States District Court for Southern District of Texas in Brownsville, Cameron County, Texas.

Signed this _____ day of _____, 2005.

_____
Judge Presiding

cc:
Jon Alworth, 62 E. Price Road, Brownsville, Texas 78521
Joseph A. (Tony) Rodriguez/Norton A. (Trey) Colvin III, P.O. Box 2155, Brownsville, Texas 78522