United States District Court
Southern District of Texas
FILED

OCT 0 3 2005

Michael N. Milby
Clerk of Court

C.A. NO. B-04-134

| | | |
|---|---|---|
| JESUS REY, SR. | § § § | UNITED STATES DISTRICT COURT |
| v. | § § § | SOUTHERN DISTRICT OF TEXAS |
| COORS BREWING COMPANY, ET AL | § § | BROWNSVILLE DIVISION |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
REQUEST FOR EXPERT DISCLOSURES**

TO:   **COORS BREWING COMPANY, INC.,**
Defendant, by and through its attorney of record,

   **Mr. Joseph A. "Tony" Rodriguez,**
   Rodriguez, Colvin, Chaney, & Saenz, L.L.P.,
   1201 E. Van Buren, Brownsville, Texas  78520.

**COMES NOW, JESUS REY,** plaintiff, herein and provides disclosures regarding his expert designations, as follows:

I.   The plaintiff, **Jesus Rey**, has not specially retained experts for the specific purpose of providing testimony; however, the plaintiff does anticipate eliciting expert testimony and opinion from:

   A. Any or all of his <u>treating physicians</u>, since returning from working at the Coors facility in Virginia. Those <u>physicians</u> who may testify, either by live testimony, by deposition testimony, or through the introduction of their medical records, include the following:

   1. **Dr. Jairo Rodriguez**
      844 Central Blvd., Suite 420
      Brownsville, Texas 78520
      (956) 542-9900

2. <u>The Custodian of Records, for Dr. Jairo Rodriguez</u>
   844 Central Blvd., Suite 420
   Brownsville, Texas 78520
   (956) 542-9900

3. <u>Dr. Carlos Chavez</u>
   100 E. Alton Gloor Blvd.
   Brownsville, Texas 78526
   (956) 350-6121

4. <u>The Custodian of Records, for Dr. Carlos Chavez</u>
   100 E. Alton Gloor Blvd.
   Brownsville, Texas 78526
   (956) 350-6121

5. <u>Any and all Doctors, nurses and hospital personnel At Valley Regional Medical Center who were involved In any manner with the care received by Mr. Rey</u>
   100 E. Alton Gloor Blvd.
   Brownsville, Texas
   (956) 350-7000

6. <u>The Custodian of Records for Valley Regional Medical Center</u>
   100 E. Alton Gloor Blvd.
   Brownsville, Texas
   (956) 350-7000

7. <u>Dr. Alberto Almeida</u>
   1096 E. Los Ebanos
   Brownsville, Texas 78520
   (956) 986-2515

8. <u>The Custodian of Records for Dr. Alberto Almeida</u>
   1096 E. Los Ebanos
   Brownsville, Texas 78520
   (956) 986-2515

B. <u>Subject of medical testimony</u>. Each, or any one, of these physicians may provide, or be asked to provide, testimony and opinion regarding any relevant medical issue, including, but not limited to the following matters:

1. The injuries Mr. Rey sustained while working at the Coors facility in Virginia.

2. The effect and physical impact to Mr. Rey, suffered from his exposure to ammonia in Virginia.

3. The physical problems Mr. Rey has suffered from in the past as a result of his exposure to ammonia at the Coors facility in Virginia.

4. Mr. Rey's present physical and medical condition.

5. The nature and extent of Mr. Rey's ongoing respiratory difficulties and the cause for those difficulties.

6. The cause of Mr. Rey's injuries.

7. The cause for Mr. Rey's physical and medical problems since he returned from the Coors facility in Virginia.

8. The cause for Mr. Rey's need to be hospitalized immediately after his return from Virginia;

9. Mr. Rey's physical problems in the past and any problems that are anticipated in the future.

10. Mr. Rey's prognosis.

11. The anticipated, or expected, physical difficulties Mr. Rey is likely to experience in the future due to his exposure to ammonia;

12. The relationship between Mr. Rey's exposure to ammonia and the physical problems he has experienced since that time, as well as those problems that he is expected to experience in the future;

13. The relationship between Mr. Rey's exposure to ammonia and the medical care he has received since that time, and specifically if that care was related to the exposure, was necessary due to the exposure, and was reasonable care for the injuries he sustained as a result of the exposure;

14. The relationship between Mr. Rey's exposure to ammonia and the medical care he will likely need in the future due to the exposure, specifically if that care will be related to the exposure, will be necessary because of the exposure, and will likely be reasonable care for the injuries he continues to suffer from;

15. The cost of the medical care Mr. Rey has received, and the cost of the care he is likely to need in the future, due to his exposure to ammonia, and whether those costs were reasonable for the Cameron County and/or Rio Grande Valley area (provided the physician has the requisite foundational knowledge, or familiarity with the cost for the same or similar services in the region); as well as the likely costs for any treatment that is likely to be needed in the future.

16. The likely short term and long term effects of exposure to ammonia on the human body;

17. The risks inherent from exposure to ammonia;

18. The impact on the respiratory system due to exposure to ammonia.

II. Plaintiff has not specially retained any experts to testify regarding the responsibility of the operators of a facility utilizing ammonia, to protect workers and other individuals from being exposed to ammonia; however plaintiff does anticipate eliciting both lay evidence and factual information from a number of individuals regarding the events that led to Mr. Rey's exposure to ammonia. Portions of that anticipated testimony could be characterized as expert testimony, in that the normal person does not have knowledge of the rules and regulations, as well as industry customs and practices, established, and followed for the safe utilization of ammonia in various industrial applications. The individuals who may be asked regarding their knowledge of those practices, the events that preceded Mr. Rey's exposure, and their factual observations and evaluation (which could be construed as lay or expert opinion) of Coors' adherence (or failure to adhere) to those practices, would include the following individuals:

A. **Samuel Walker**
  Coors Brewery Company
  Risk Management Department
  Golden, Colorado 80401
  Telephone: 303-277-2164
  Fax: 956-541-2170

B. **Mark Dwyer**
  Coors Brewing Co-Shenandoah Brewery
  Project manager
  5135 South Eastside Highway
  Elkton, Virginia
  (540) 289-8000

C. **Dan Kennedy**
  Coors Brewing Co-Shenandoah Brewery
  Supervisor of Utility
  5135 South Eastside Highway
  Elkton, Virginia
  (540) 289-8000

D. **Mike Ouderkirk;**
  Coors Brewing Co-Shenandoah Brewery
  Environmental Health and Safety Manager
  5135 South Eastside Highway
  Elkton, Virginia
  (540) 289-8000

E. **Brent Berry**
  Coors Brewing Co-Shenandoah Brewery
  Safety and Security Officer
  5135 South Eastside Highway
  Elkton, Virginia
  (540) 289-8000

F. **Ed Ryan**
  Coors Brewing Co-Shenandoah Brewery
  Business Unit Manager
  5135 South Eastside Highway
  (540) 289-8000

G. **Butch Masso**
   Jacob's Engineering Project Manager
   *Address and phone number unknown*

H. **Bob Bergeron**
   Jacob's Engineering Safety Representative
   3214 Valley Dr.
   Alexandria, VA 22302
   (703) 845-5497

I. **Darrell Hart**
   Process Enterprises Supervisor
   776 Arrowhead Dr
   Moss Bluff, LA 70611
   (337) 217-0872

J. **Jerry Villarreal**
   Coors Brewing Co-Shenandoah Brewery
   Fire Watchman
   Brownsville
   956-821-4043
   *Address unknown*

K. **Brett Hart**
   9375 Guy Cir
   Beaumont, TX 77707
   (409) 861-3965

L. **Jeff Anderson**
   Process Enterprises
   Safetyman for Mechanical I and II
   *Address and phone number unknown*

M. **Ivan Sanchez**
   Process Enterprises
   Contract work for Coor's Brewery
   Pipe fitter
   Brownsville
   *Address and phone number unknown*

N. **Raul Mendoza**
Process Enterprises
Contract work for Coor's Brewery as a pipe fitter
Brownsville
*Address and phone number unknown*

O. **Rodrigo Maldonado**
Process Enterprises
Contract work for Coor's Brewery as a Welder
*Address and phone number unknown*
Brownsville
956-346-3025

P. **Ivan Sanchez**
Process Enterprises
Contract work for Coor's Brewery as a Welder
*Address and phone number unknown*
Brownsville

Q. **Mike Welch**
Superintendent for Process Enterprises
*Address and phone number unknown*

Respectfully submitted,

**THE ALWORTH LAW FIRM, P.C.**
62 E. Price Road
Brownsville, Texas 78521
(956) 542-7700
(956) 504-2377 [fax]

By: /s/ Jon R. Alworth
**JON R. ALWORTH**
SBN: 01133070
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on Friday, the 30th day of September 2005, a true and correct copy of the foregoing instrument was served by facsimile and regular mail to:

Mr. Joseph A. "Tony" Rodriguez
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520.

_____
**JON R. ALWORTH**