## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS REY, SR. | * |
| vs | *   CIVIL ACTION NO. B04-134 |
| | (636(c)) |
| COORS BREWING COMPANY, ET AL | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**Motions Hearing**

**November 18, 2005, at 9:00 a.m.**
**(RESET FROM 11/25/05)**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:    U.S. Federal Building & Courthouse
          600 E. Harrison, 2nd Floor
          Brownsville, TX 78520

**BY ORDER OF THE COURT**

October 19, 2005

cc:    All Counsel

Case 1:04-cv-00134   Document 30   Filed in TXSD on 10/19/2005   Page 2 of 2