United States District Court
Southern District of Texas
FILED

OCT 2 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| VS. | § | |
| | § | C.A. NO. B-04-134 |
| COORS BREWING COMPANY, | § | |
| PROCESS ENTERPRISES, INC., | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, | § | |
| VIRGINIA | § | |

PLAINTIFF, JESUS REY'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES MAGISTRATE:

Plaintiff, Jesus Rey, Sr., files this, his **Response to Defendant's Motion for Summary Judgment**, and would respectfully show the Court as follows:

BACKGROUND

1. This case arises from injuries sustained by Jesus Rey while working at the Coors plant in Virginia. Mr. Rey had been hired and recruited from his home in Cameron County, Texas.

2. Defendant, Coors Brewing Company, utilizes large quantities of ammonia as a

refrigerant in their brewing process. Coors has filed a Motion for Summary Judgment, and seeks to avoid responsibility for their improper and life-threatening releases of ammonia, a dangerous, regulated and noxious gas, at their facility in Virginia.

3. Mr. Rey was directly exposed to this ultra-hazardous substance on three separate occasions (See Deposition of Jesus Rey, pp. 71-73).

## AMMONIA, HIGHLY REGULATED ULTRA-HAZARDOUS

4. Ammonia is classified as an ultra-hazardous substance by OSHA, and is also regulated under a multitude of governmental agencies and regulatory schemes, including, the Clean Water Act, the Comprehensive Environmental Response, Compensation and Liability Act, and the Emergency Planning and Community Right- to- Know Act; not to mention OSHA's multitude of provisions regulating its use and prohibiting exposure to workers.

5. The release of ammonia, in any manner that exposes people to a level that poses a dangerous concentration of the deleterious and noxious effects of this dangerous chemical, is a violation of federal law and OSHA regulations.

## TOXIC AMMONIA

6. Ammonia is harmful to human beings. Significant exposure causes respiratory difficulty, and almost always causes physical injury, ranging from mild irritation of membrane to death. The degree of injury is dependent on a number of factors, including the level of concentration involved in the exposure and the length of exposure, as well as the individual medical condition of the person exposed.

7. There is no scientific disagreement, or controversy, regarding the effects of ammonia; and anyone who spent 10 minutes looking at mainstream health information would easily understand and perceive the risk to any individual's health, should the person touch, or breathe abnormal concentrations of ammonia. A casual glance at any comprehensive and respected health information source, quickly locates similar and consistent recitations of the impact on the human body. For example, the United States Agency for Toxic Substances and Disease Registry web site provides as follows:

> "Ammonia is a corrosive substance and the main toxic effects are restricted to the sites of direct contact with ammonia (i.e., skin, eyes, respiratory tract, mouth, and digestive tract). For example, if you spilled a bottle of concentrated ammonia on the floor, you would smell a strong ammonia odor; you might cough, and your eyes might water because of irritation. If you were exposed to very high levels of ammonia, you would experience more harmful effects. For example, if you walked into a dense cloud of ammonia or if your skin comes in contact with concentrated ammonia, your skin, eyes, throat, or lungs may be severely burned. These burns might be serious enough to cause permanent blindness, lung disease, or death. Likewise, if you accidentally ate or drank concentrated ammonia, you might experience burns in your mouth, throat, and stomach." *Agency, Public Health Statement, Toxicology of Ammonia*

8. The Merck Manual of Medical Information provides,

> Soluble gases such as ...ammonia....cause severe burning in the eyes, nose, throat, windpipe, and large airways within minutes of exposure.... The most serious complications are lung infection or severe damage with scarring of the small

> airways (bronchiolitis obliterans). Recent studies, however, have shown long term impairment of the lungs years after episodes of exposure...
> *Merck Manual of Medical Information, Second Home Edition, pp. 300-301.*

9. The causation issue upon which the defendant bases their request is wholly without merit. Common understanding has created virtual unanimity regarding a matter that most people learn early in life (normally at an early age, as they stumble or crawl upon their mother's cleaning efforts): ammonia and breathing are not friends.

## MR. REY'S INJURIES

10. Mr. Rey suffered from the known and almost certain conditions associated with exposure to ammonia, and in fact was hospitalized for two weeks in November 2001, as a direct and proximate result of his exposure to ammonia at the Coors facility.

11. The physical damage sustained by Mr. Rey's respiratory function was not only foreseeable, it was virtually certain, given the degree of exposure he suffered. Ammonia is a heavily regulated industrial chemical, and Coors knew full well the serious consequences of any release of the substance they were utilizing.

## EXPERT TESTIMONY

12. Defendant's assertions regarding plaintiff's failure to name experts is simply erroneous. Not only did plaintiff file a specific and separate Disclosure, listing plaintiff's treating physicians as expert witnesses, plaintiff also named those physicians in his original, Initial Disclosures. In fact, defendant has known of those expert witnesses, and furthermore had copies of Mr. Rey's medical records since before this case was removed to this Honorable Court.

13. While common knowledge, common sense, Mr. Rey's testimony, and the indisputable mountain, or body, of scientific and medical knowledge all render Coors' effort disingenuous at best; plaintiff attaches the Affidavit of Dr. Alberto Almeida, hereto, in support of his claims.

14. Dr. Almeida has treated Mr. Rey for several years, and also reviewed the medical records from his hospitalization, immediately after his return from Virginia. Dr. Almeida provides expert confirmation regarding the harmful effect of ammonia to Jesus Rey.

## CONCLUSION AND PRAYER

15. Coors' request for relief is not supported by the facts of this case, nor by the clear and convincing, abundant, universally accepted, and well documented scientific and medical information regarding ammonia's effect on the human body. Jesus Rey sustained serious and painful injuries that have caused permanent impairment and disability. These injuries were not caused through any fault on Mr. Rey's part; in contrast, they were occasioned by the breach of legal duty, and, in fact, violation of the law, by the defendant, Coors Brewing Company. In the interests of Justice, plaintiff respectfully requests that the Motion be DENIED.

Respectfully Submitted,

THE ALWORTH LAW FIRM, P.C.
62 E. Price Road
Brownsville, Texas  78521
Telephone No. (956) 542-7700
Facsimile No. (956) 504-2377

BY: _____
JON R. ALWORTH
State Bar No: 01133070
Federal No: 35674

ATTORNEY FOR THE PLAINTIFF
AND ATTORNEY IN CHARGE

## CERTIFICATE OF SERVICE

I certify that I sent a copy of *Plaintiff's Response to Defendant's Motion for Summary Leave* by fax and first class mail on the 21st day of October 2005, to the following:

Joseph A. "Tony" Rodriguez
Rodriguez, Colvin, Chaney & Saenz
1201 E. Van Buren
Brownsville, Texas 78521

_____
JON R. ALWORTH

6