IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| VS. | § | |
| | § | C.A. NO. B-04-134 |
| COORS BREWING COMPANY, | § | |
| PROCESS ENTERPRISES, INC., | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

## AFFIDAVIT OF DR. ALBERTO ALMEIDA

"My name is Dr. Alberto Almeida. I am a physician licensed to practice medicine in the State of Texas. My practice is located in Brownsville, Texas. I am of sound mind, am over the age of 18, and I have never been convicted of a felony. The information provided in this affidavit is based upon my personal knowledge of the facts contained herein. The medical opinions expressed hereinafter are based upon a reasonable degree of medical probability; and are also based upon my training as a physician, my clinical experiences, and my review and familiarity with the fundamental literature and scientific knowledge regarding human exposure to ammonia.

I have provided medical care for Mr. Jesus Rey, Sr. over the last several years, related to his exposure to ammonia in October of 2001. Mr. Rey inhaled ammonia gas, after direct exposure, on multiple occasions, eventually resulting in his hospitalization in November of 2001. Although I was not involved in his care at that time, I have reviewed the substantive portions of the Valley Regional Medical Center records related to that hospitalization. Mr. Rey suffered from pneumonia, respiratory distress, pleural effusion, hypoxia, and a condition known as "empyema," or the build up of fluid, in his right lung. On November 15, 2001, Mr. Rey

underwent an operative procedure, "Right Thoracoscopy with Debridement and Drainage of Empyema." The procedure was successful, and after a lengthy hospitalization, which resulted in over $100,000 in medical bills, he was discharged. In my opinion, the conditions he presented with, and the care provided, were directly related to his exposure to ammonia.

Mr. Rey currently suffers from shortness of breath, fatigue, and diminished lung function and capacity. I have personally examined Mr. Rey on multiple occasions, and have had a colleague see him as well. Mr. Rey suffers from Bronchial Obliterans. There is specific and reliable medical literature supporting the causal relationship between ammonia and his symptoms, as well as relating his specific diagnosis to exposure.

Therefore, based on his history, my clinical examination, the objective findings of various diagnostic and surgical procedures, and the known effects on the human respiratory system from ammonia exposure, I am of the firm opinion that the problems he is experiencing are directly related to the ammonia exposure he suffered in October of 2001."

Further affiant sayeth not.

_____
Dr. Alberto Almeida, Affiant

SUBSCRIBED AND SWORN TO before me on this 20th day of Oct. 2005, to certify which witness my hand and seal of office.



Zulema L. Garza
Notary Public, State of Texas
My Commission Expires
AUGUST 29, 2006

_____
Notary Public in and for State of Texas