IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 0 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS REY, SR. | § |
| | § |
| V. | § |
| | § CIVIL ACTION NO. B-04-134 |
| COORS BREWING COMPANY; | § |
| PROCESS ENTERPRISES, INC.; | § |
| T&C CONSULTANTS, Individually and | § |
| d/b/a PROCESS ENTERPRISES, VIRG. | § |

## JOINT MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Coors Brewing Company (hereinafter "Coors") respectfully submits this Joint Motion for Continuance of the trial date in this case and in support shows the following:

### I.

This case is currently set for trial on December 5, 2005. Plaintiff and Defendant request a continuance of sixty days. This matter was set for trial on September 7, 2005. *See*, Rule 16 F.R.C.P. Scheduling Order dated November 5, 2004, on file with this Court. On August 25, 2005, the trial was reset to December 5, 2005. At that time, Defendant's expert designation deadline was placed only one week after that of Plaintiff's deadline. This did not allow the Defendant ample time to provide its experts with information from the Plaintiff's experts. Once Defendant learned that Plaintiff's counsel sought to have the Plaintiff's treating physicians testify at trial, we noticed the two doctors for deposition and subpoenaed them accordingly. See, Notices of Deposition for Dr. Jairo Rodriguez and Dr. Alberto Almeida on October 20, 2005, and corresponding subpoenas, attached hereto as Exhibit 1.1. Neither of these physicians appeared for deposition and the parties

have been unable to reschedule them in the currently limited timeframe available. Mediation took place on October 26th, 2005 in the hope that the case could be resolved. It became apparent during the course of that mediation that more depositions would be necessary before resolution was possible.

Defendant provided Plaintiff's counsel with dates in November when certain Coors' employees could be made available for deposition, but Plaintiff's counsel was unable to agree to these dates due to a conflicting trial setting. In short, the parties made every effort to schedule all the necessary depositions, but, in light of the holidays and rapidly approaching trial setting, it is evident that there is insufficient time to complete necessary discovery. This Motion is supported by counsel's affidavit, attached hereto as Exhibit 1.

## V. **PRAYER**

For the foregoing reasons, Coors Brewing Company respectfully requests that this Court grant its Motion for a Continuance.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez
State Bar No. 17146600
USDC Admissions No. 10107
Norton A. (Trey) Colvin III
State Bar No. 24045687
USDC Admissions No. 570785
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

        **Samuel Walker**
        Coors Brewing Company
        Risk Management Department – NH314
        Golden, Colorado 80401
        Telephone: (303) 277-2164
        Facsimile: (303) 277-6212

ATTORNEYS FOR DEFENDANT,
COORS BREWING COMPANY


THE ALWORTH LAW FIRM, PC


By: _____
  Jon R. Alworth
  State Bar No. 01133070
  USDC Admission No. 35764
  62 East Price Road
  Brownsville, Texas 78521
  Telephone: (956) 542-7700
  Facsimile : (956) 504-2377

ATTORNEY FOR PLAINTIFF JESUS REY, SR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

>   Jon R. Alworth
>   The Alworth Law Firm, PC
>   62 East Price Road
>   Brownsville, Texas 78521
>   Attorney for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the _10_ day of November, 2005

_____
Norton A. (Trey) Colvin III