IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS REY, SR. § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. B-04-134 |
| COORS BREWING COMPANY; § | |
| PROCESS ENTERPRISES, INC.; § | |
| T&C CONSULTANTS, Individually and § | |
| d/b/a PROCESS ENTERPRISES, VIRG. § | |

### AFFIDAVIT OF
### NORTON A. (TREY) COLVIN III

"My name is Norton A. (Trey) Colvin III. I am one of the attorneys for Coors Brewing Company. I am over the age of 18 years of age, I am of sound mind and I suffer no legal or other disability that would incapacitate me in any way from making this affidavit, and I am competent to testify as to the facts stated herein. Further, I give this affidavit voluntarily and without reservation.

"I have personal knowledge of the facts contained in the Joint Motion for Continuance and these facts are true and correct to the best of my knowledge.

"I certify that the attached documents are true, exact, complete, and unaltered photocopies made of documents held in my custody as an attorney for Coors Brewing Company."

Further affiant sayeth not.

_____
Norton A. (Trey) Colvin III

SWORN TO AND SUBSCRIBED before me by Norton A (Trey) Colvin III, attorney for Coors Brewing Company on this the 10th day of November, 2005.


LUZ MARIA GASPAR
MY COMMISSION EXPIRES
May 28, 2006

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS


EXHIBIT 1

5