# United States District Court

FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

JESUS REY, SR.

VS.

COORS BREWING COMPANY, ET AL.

**SUBPOENA**

CIVIL ACTION NO. B-04-134

TO: Jairo Rodriguez, MD
844 Central Blvd., Suite 420
Brownsville, Texas
(956) 542-9900

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| ALWORTH & FORD, LLP<br>62 East Price Road<br>Brownsville, Texas 78520 | October 20, 2005 @ 3:30 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): (SEE ATTACHED NOTICE & DUCES TECUM)

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE 10-11-05

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Norton A. (Trey) Colvin, Attorney for Defendants   RODRIGUEZ, COLVIN, CHANEY & SAENZ
(956) 542-7441                                      1201 East Van Buren, Brownsville, Texas 78520

EXHIBIT 1.1

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

_____

ADDRESS OF SERVER

_____

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party of attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection ad copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designed material or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trail is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.
(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS REY, SR. § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-04-134 |
| § | (636(c)) |
| COORS BREWING COMPANY, § | |
| PROCESS ENTERPRISES, INC. § | |
| T&C CONSULTANTS, Individually and § | |
| d/b/a PROCESS ENTERPRISES, VIRG. § | |
| Defendants. § | |

**NOTICE OF INTENTION TO TAKE ORAL
DEPOSITION OF DR. JAIRO RODRIGUEZ**

TO: Plaintiff, Jesus Rey, Sr., by and through his attorney of record:

>   John R. Alworth
>   Alworth & Ford, LLP
>   62 East Price Road
>   Brownsville, Texas 78521

Please take notice that Defendant, COORS BREWING COMPANY, will take the deposition of DR. JAIRO RODRIGUEZ on oral questions, pursuant to Rule 200 of the Texas Rules of Civil Procedure, on the 20th day of October, 2005, at 3:30 p.m., at the offices of Alworth & Ford, LLP, 62 East Price Road, Brownsville, Texas; telephone 956/542-7700, before certified court reporter authorized by law to administer oaths, and will continue from day to day until completed. You are invited to attend and cross-examine. This deposition may be videotaped.

Respectfully submitted,

*[signature]*

Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Norton A. (Trey) Colvin III
State Bar No. 24045687
RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
956/542-7441
956/541-2170 Facsimile
**ATTORNEYS FOR DEFENDANT,
COORS BREWING COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

> John R. Alworth
> Alworth & Ford, LLP
> 62 East Price Road
> Brownsville, Texas 78521

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this the 10th day of October, 2005.

*[signature]*

Norton A. (Trey) Colvin III

## United States District Court

FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

JESUS REY, SR.

  VS.

COORS BREWING COMPANY, ET AL.

**SUBPOENA**

**CIVIL ACTION NO. B-04-134**

TO:  Alberto Almeida, MD
1096 East Los Ebanos
Brownsville, Texas 78520
(956) 986-2515

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| ALWORTH & FORD, LLP<br>62 East Price Road<br>Brownsville, Texas 78520 | October 20, 2005 @ 1:30 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):    (SEE ATTACHED NOTICE & DUCES TECUM)

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date, and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE

10-11-05

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Norton A. (Trey) Colvin, Attorney for Defendants
(956) 542-7441

RODRIGUEZ, COLVIN, CHANEY & SAENZ
1201 East Van Buren, Brownsville, Texas 78520

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party of attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection ad copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designed material or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trail is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-04-134 (636(c)) |
| COORS BREWING COMPANY, PROCESS ENTERPRISES, INC. T&C CONSULTANTS, Individually and d/b/a PROCESS ENTERPRISES, VIRG. Defendants. | § § § § § § § | |

### NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF DR. ALBERTO ALMEIDA

TO: Plaintiff, Jesus Rey, Sr., by and through his attorney of record:

> John R. Alworth
> Alworth & Ford, LLP
> 62 East Price Road
> Brownsville, Texas 78521

Please take notice that Defendant, COORS BREWING COMPANY, will take the deposition of DR. ALBERTO ALMEIDA on oral questions, pursuant to Rule 200 of the Texas Rules of Civil Procedure, on the 20th day of October, 2005, at 1:30 p.m., at the offices of Alworth & Ford, LLP, 62 East Price Road, Brownsville, Texas; telephone 956/542-7700, before certified court reporter authorized by law to administer oaths, and will continue from day to day until completed. You are invited to attend and cross-examine. This deposition may be videotaped.

Respectfully submitted,

Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Norton A. (Trey) Colvin III
State Bar No. 24045687
RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
956/542-7441
956/541-2170 Facsimile
ATTORNEYS FOR DEFENDANT,
COORS BREWING COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

John R. Alworth
Alworth & Ford, LLP
62 East Price Road
Brownsville, Texas 78521

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this the 10th day of October, 2005.

Norton A. (Trey) Colvin III