UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-04-134 |
| | * | (636(c)) |
| COORS BREWING COMPANY, ET AL | * | |

## ORDER

After considering the Joint Motion for Continuance (Docket #32), the Court finds that the Motion has merit. Accordingly, the Motion is GRANTED and it is, therefore, ORDERED that the December 2005 docket dates are reset as follows:

| | |
|---|---|
| Motions Hearing: | January 26, 2006, at 9:00 a.m. |
| Joint Pretrial Order: | January 26, 2006 |
| Final Pretrial Conference: | February 01, 2006, 2:00 p.m. |
| Jury Selection: | February 02, 2006, 9:00 a.m. |

**The case will remain on standby until tried.**

DONE at Brownsville, Texas, this 14th day of November 2005.

_____
Felix Recio
United States Magistrate Judge