United States District Court
Southern District of Texas
FILED

DEC 21 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| VS. | § | |
| | § | C.A. NO. B-04-134 |
| COORS BREWING COMPANY, | § | |
| PROCESS ENTERPRISES, INC., | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

**PLAINTIFF JESUS REY, SR.'S MOTION TO QUASH
THE DEPOSITION OF DR. ALBERTO ALMEIDA**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Jesus Rey, Sr., files this Motion to Quash the Deposition of Dr. Alberto Almeida, and would show the Court as follows:

1. Defendant, Coors Brewing Company, noticed the Deposition of one of Plaintiff's treating physicians, Dr. Alberto Almeida, for 2 p.m. on December 21, 2005.

2. Defendant did so, without confirming without first confirming the availability of the witness, or plaintiff's counsel.

3. Although Dr. Almeida generally indicated availability on Wednesday afternoons, the Holiday Season altered the doctor's schedule. Plaintiff believes that the doctor is traveling out of town. Counsel for the plaintiff had indicated his availability for that date in prior correspondence;

however, in a subsequent phone conversation, counsel for Coors indicated that they would not be scheduling the doctor's deposition.

4. Plaintiff attaches the Affidavit of Sue Dartez, an employee of Dr. Almeida.. As provided in that Affidavit, the unavailability of the witness was communicated to Coors, and she understood the deposition had been rescheduled to January 18, 2006.

5. The Doctor and Plaintiff's counsel are available on January 18, 2006.

6. Given the Holiday Season, and the communications between the parties, the time and place are unreasonable.

7. For these reasons, Plaintiff respectfully asks the Court to Quash the Deposition.

Respectfully submitted,

THE ALWORTH LAW FIRM, P.C.
62 E. Price Road
Brownsville, Texas 78521
Telephone No. (956) 542-7700
Facsimile No. (956) 504-2377

BY: _____
JON R. ALWORTH
State Bar No. 01133070

ATTORNEY FOR PLAINTIFF JESUS REY

## CERTIFICATE OF SERVICE

I certify that I served a copy of *Plaintiff's Motion to Quash* by fax and first class mail on the 21st day of December, 2005, to the following:

Joseph A. "Tony" Rodriguez
Norton "Trey" Colvin
Rodriguez, Colvin, Chaney & Saenz
1201 E. Van Buren
Brownsville, Texas 78521

_____
JON R. ALWORTH

AFFIDAVIT

STATE OF TEXAS )
)
COUNTY OF CAMERON )

My name is Sue Dartez. I am over the age of 18, I am of sound mind, and I have never been convicted of a felony. Upon my oath, I testify as follows:

"I am employed with Dr. Alberto Almeida in the administrative staff. My responsibilities are collections and custodian of medical records. On December 16th, after 4:30 pm, I received notification that Coors Brewing Company had unilaterally scheduled the doctor's deposition for December 21, 2005. Although the doctor is generally available on Wednesday afternoons, that is not the case this particular Wednesday, due to the Christmas Holidays.

I called Mr. Colvin, Coors' attorney, and I explained the situation, and he replied that he understood. I told him the doctor was available on the 2nd week of January, however, these days were not available for Coors' attorneys. We were able to agree upon January 18th, and my clear understanding was that the deposition was voluntarily rescheduled to that time.

Thereafter, Mr. Alworth called me and indicated Coors' intended to show up on December 21st and announce the doctor did not appear. That action would be entirely inconsistent with my discussion with Mr. Colvin." FURTHER AFFIANT SAYETH NOT.

BEFORE ME, the undersigned NOTARY PUBLIC, on this day personally appeared SUE DARTEZ a person who after proving to me she was SUE DARTEZ and after being duly sworn.

_____
SUE DARTEZ., *affiant*
*Alberto Almeida, M.D.*

SUBSCRIBED AND SWORN TO BEFORE ME on the 21st day of December, 2005


Zulema L. Garza
Notary Public, State of Texas
My Commission Expires
AUGUST 29, 2006

_____
Notary Public for the State of Texas