IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS REY, SR. § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. B-04-134 |
| COORS BREWING COMPANY; § | |
| PROCESS ENTERPRISES, INC.; § | |
| T&C CONSULTANTS, Individually and § | |
| d/b/a PROCESS ENTERPRISES, VIRG. § | |

## UNOPPOSED AMENDED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Coors Brewing Company (hereinafter "Coors") respectfully submits this Unopposed Motion for Continuance of the trial date in this case and in support shows the following:

### I.

This case is currently set for trial on February 2, 2006. Defendant requests a three month continuance with jury selection in May of 2006. This continuance is requested for the following reason:

Defendant's counsel represents Goodyear Tire & Rubber Company in Civil Action No. 05-CV-4, *Arnulfo Cantu v. Goodyear Tire & Rubber Company*, United States District Court for the Southern District of Texas, Corpus Christi Division. This trial of this case has been rescheduled by Judge Janis Graham Jack for February 2, 2006 in Corpus Christi.

## II.

Defendant's counsel has conferred with Plaintiff's counsel who is unopposed to the continuance of this trial until May of 2006.

## III.

For the foregoing reasons, Coors Brewing Company respectfully requests that this Court grant this Unopposed Motion for Continuance.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez
State Bar No. 17146600
USDC Admissions No. 10107
Norton A. (Trey) Colvin III
State Bar No. 24045687
USDC Admissions No. 570785
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

**Samuel Walker**
Coors Brewing Company
Risk Management Department – NH314
Golden, Colorado 80401
Telephone: (303) 277-2164
Facsimile: (303) 277-6212

ATTORNEYS FOR DEFENDANT,
COORS BREWING COMPANY

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Coors Brewing Company conferred with Plaintiff's counsel, Mr. Jon R. Alworth and he was unopposed to this Motion for Continuance.

_____
Norton A. (Trey) Colvin III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

>Jon R. Alworth
>The Alworth Law Firm, PC
>62 East Price Road
>Brownsville, Texas 78521
>Attorney for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 10 day of January, 2006

_____
Norton A. (Trey) Colvin III