IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. B-04-134 |
| | § | |
| COORS BREWING COMPANY; | § | |
| PROCESS ENTERPRISES, INC.; | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |

## ORDER

After considering this Unopposed Amended Motion for Continuance, the Court finds that the Motion has merit. Accordingly, the Motion is granted and it is therefore,

ORDERED that the trial on this matter shall be continued from its current date of February 2, 2006;

Further it is ORDERED that the trial on this matter shall be reset to the ____ day of _____, 2006 at _____ __.m.

DONE this ___ day of _____, 2006 in Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

UNOPPOSED AMENDED MOTION FOR CONTINUANCE - PAGE 4