ORDER

# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
| | § | |
| V. | § | Civil Action No. B-04-134 |
| | § | (636(c)) |
| COORS BREWING COMPANY, ET AL | § | |

## O R D E R

After considering the Unopposed Amended Motion for Continuance (Docket No. 36), the Court finds that the Motion has merit. Accordingly, the Motion is granted and it is, therefore, ORDERED that the trial on this matter shall be continued from the February 2006 docket call to the May 2006 docket call.

The final pretrial is hereby set to May 2, 2006, at 2:00 p.m., and the jury selection is set for May 4, 2006, at 9:30 a.m.

SIGNED this 12th day of January 2006 at Brownsville, Texas.

Felix Recio
United States Magistrate Judge