ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS REY, SR. | * |
| | * |
| VS | *   CIVIL ACTION NO. B-04-134 |
| | *                (636(c)) |
| COORS BREWING COMPANY, ET AL | * |

## **ORDER**

The joint pretrial order in the above-captioned cause of action shall be submitted on or before April 12, 2006.

DONE at Brownsville, Texas, this 23rd day of January 2006.

_____
Felix Recio
United States Magistrate Judge