# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

**ORDER**

| | |
|---|---|
| JESUS REY, SR. § | |
| § | |
| vs § | C.A.. No.  B-04-134 (636(c)) |
| § | |
| COORS BREWING COMPANY § | |
| PROCESS ENTERPRISES, INC. | |
| T&C CONSULTANTS, Individually and | |
| dba PROCESS ENTERPRISES, VIRG. | |

### **O R D E R**

On January 26, 2006, Motions Hearing was held before the Court in the above-styled and numbered cause of action.  Counsel, J Alworth and N Colvin III, were present to argue their motions.

The Court **ORDERS** that Dr. Almeida be deposed on February 26, 2006 at the Law Office of Norton Colvin III.  It is further **ORDERED** that counsel provide to the Court, by February 8, 2006,  information as to when the deposition of Dr. Rodriguez will take place. If needed, the Court will subpoena Dr. Rodriguez and his deposition will be scheduled in the Courtroom.  Deposition for Dr Rodriguez will take place no later than March 22, 2006.

Discovery deadline is reset for April 12, 2006 .

DONE at Brownsville, Texas, on the 26th day of January, 2006.

_____
Felix Recio
United States Magistrate Judge