United States District Court
Southern District of Texas
FILED

JAN 3 0 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-134 |
| | § | (636(c)) |
| COORS BREWING COMPANY, | § | |
| PROCESS ENTERPRISES, INC. | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES, VIRG. | § | |
|    Defendants. | § | |

## NOTICE OF INTENTION TO TAKE ORAL
## DEPOSITION OF DR. ALBERTO ALMEIDA

TO:   Plaintiff, Jesus Rey, Sr., by and through his attorney of record:

      John R. Alworth
      Alworth & Ford, LLP
      62 East Price Road
      Brownsville, Texas 78521

Please take notice that Defendant, COORS BREWING COMPANY, will take the deposition of DR. ALBERTO ALMEIDA on oral questions, pursuant to the Court's order of January 26, 2006, on the 22nd day of February, 2006, at 2:30 p.m., at the offices of Rodriguez, Colvin, Chaney & Saenz, LLP, 1201 East Van Burn Street, Brownsville, Texas; telephone 956/542-7441, before certified court reporter authorized by law to administer oaths, and will continue from day to day

until completed. You are invited to attend and cross-examine. This deposition will be videotaped.

Respectfully submitted,

Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Norton A. (Trey) Colvin III
State Bar No. 24045687
RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
956/542-7441
956/541-2170 Facsimile
**ATTORNEYS FOR DEFENDANT,
COORS BREWING COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

John R. Alworth
Alworth & Ford, LLP
62 East Price Road
Brownsville, Texas 78521

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this the 30th day of January, 2006.

_____
Norton A. (Trey) Colvin III