United States District Court
Southern District of Texas
FILED

JAN 3 1 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR.<br> Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-04-134<br>(636(c)) |
| COORS BREWING COMPANY,<br>PROCESS ENTERPRISES, INC.<br>T&C CONSULTANTS, Individually and<br>d/b/a PROCESS ENTERPRISES, VIRG.<br> Defendants. | §<br>§<br>§<br>§<br>§ | |

**THIRD AMENDED NOTICE OF INTENTION TO TAKE
ORAL/VIDEO DEPOSITION OF DR. ALBERTO ALMEIDA**

TO: Plaintiff, Jesus Rey, Sr., by and through his attorney of record:

  Jon R. Alworth
  Alworth & Ford, LLP
  62 East Price Road
  Brownsville, Texas 78521

  Defendant, COORS BREWING COMPANY, serves notice that on the 22nd day of February, 2006, at the offices of Rodriguez, Colvin, Chaney & Saenz, L.L.P., 1201 East Van Buren, Brownsville, Texas 78520, Defendant in the above–styled and numbered cause will take the oral deposition of DR. ALBERTO ALMEIDA, commencing at 2:30 p.m.; and such deposition shall continue from day to day until completed. The deposition will be taken before a Certified Shorthand Reporter, authorized under the Texas Rules of Civil Procedure to take such depositions, Bryant & Stingley, Inc., 2010 E. Harrison Street, Harlingen, Texas, 956-542-1020, and the videotaped portion of the deposition will

be taken by a videographer from Bryant & Stingley, Inc. and may be used as evidence upon trial in this cause of action.

The witness, DR. ALBERTO ALMEIDA, is to bring and produce, at the time of such deposition, the following documents, photographs, and/or tangible things:

1. Each and every document that in any way reflects, refers or otherwise relates to source material, textbooks, or other reference material which has been and/or will be relied upon by the Witness in support of his opinion in this matter.

2. Each and every document that in any way reflects, refers or otherwise relates to notes, statements, preliminary drafts, which the Witness consulted or had available for consultation to prepare any report and/or affidavit for this case; and each and every document relating to the formulation and rendering of any opinions with regard to the case.

3. Each and every document that in any way reflects, refers or otherwise relates to textbooks, reference material or other information known to the Witness which is contrary to or in conflict with his opinion regarding the cause or causes of the accident in question.

4. Each and every document that in any way reflects, refers or otherwise relates to interviews or conversations with any persons for the purpose of obtaining information and/or background material in order to render an opinion by the Witness.

5. Each and every document provided to the Witness by the Plaintiff's attorney, any third person, and/or which have otherwise been reviewed by the Witness and/or will be reviewed by the Witness in preparation for trial of this cause.

6. Each and every report prepared by the Witness in connection with each and every other litigation.

7. Each and every document which would reflect, refer or otherwise relate to each and every lawsuit, claim and/or other matter in which the Witness was retained to prepare and/or offer an expert opinion.

8. Each and every document which comprises the complete file of the Witness relating to each and every one of his activities in connection with the investigation of the accident in question in this case.

9. A complete list by cause number, court, attorneys involved, and all other descriptive information in connection with each and every case in which the

Witness has given deposition testimony and/or given live trial testimony, and copies of each and every deposition, affidavit and/or other testimony given by this Witness in connection with each and every litigation.

10. Each and every financial statement, ledger, and/or other documents which would reflect the amount and/or proportion of income derived by the Witness in connection with each and every claim and other matter in litigation during the past five (5) years.

11. Each and every document which would reflect, refer or otherwise relate to reports, information and/or other communications received by the Witness from each and every person and/or business entity in connection with his investigation of the alleged accident made the basis of this lawsuit.

12. Each and every medical record, psychiatric record, psychological record, note, interview, report and/or other document reflecting or addressing in any way the mental or physical conditions of Jesus Rey.

13. Each and every document reflecting the identity of any case in which Witness has consulted with been referred by or has done any business with the law firm of Alworth & Ford, L.L.P. and/or Jon R. Alworth or any law firm of which he has been associated.

14. Each and every document reflecting any health care treatment provided by Witness to Jesus Rey.

15. Each and every document, note, recording and any paper generated during any interview of Jesus Rey by Witness or on behalf of Witness.

16. Each and every document utilized by Witness to outline the "current and future medical needs" of Jesus Rey.

17. Each and every document reflecting any vocational rehabilitation assessment for Jesus Rey.

18. Each and every document reflecting any and all communications by the Witness with any other expert witness hired in this case by Plaintiff, also including but not limited to, Dr. Jairo Rodriguez.

In addition, you are given notice of intent to take a video tape recording of this deposition.

Furthermore, the court reporter will record the time spent by each attorney examining the witness and include this in the court reporter's certification.

Respectfully submitted,

Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Norton A. (Trey) Colvin III
State Bar No. 24045687
RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
956/542-7441
956/541-2170 Facsimile
**ATTORNEYS FOR DEFENDANT,
COORS BREWING COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

    Jon R. Alworth
    Alworth & Ford, LLP
    62 East Price Road
    Brownsville, Texas 78521

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this the 31 day of January, 2006.

Norton A. (Trey) Colvin III