## RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
### ATTORNEYS AT LAW
#### A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L CHANEY
R. PATRICK RODRIGUEZ
TERI L. DANISH†

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

†BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

1201 EAST VAN BUREN
P. O BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J URBIS
ROSAMARIA VILLAGÓMEZ-VELA
SARAH A. NICOLAS
CHRISTOPHER E MOORE
LINDA L. MALONEY
NORTON A. (TREY) COLVIN III
DEREK N. MUELLER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
SHAWN MATHIS ISBELL
AARON PEÑA, JR ‡

April 13, 2006

Sally Garcia, Court Coordinator
Hon. Felix Recio's Court
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

Via Hand Delivery

United States District Court
Southern District of Texas
FILED

APR 1 3 2006

Michael N. Milby
Clerk of Court

Re:   Civil Action No. B-04-134
      *Jesus Rey, Sr. v. Coors Brewing Company, et al.*

Dear Ms. Garcia:

I know that you spoke with Mr. Alworth regarding the above-referenced lawsuit earlier today, but I wanted to take this opportunity to write and inform you and the Court that this case recently settled. The case is currently set for trial on May 4, 2006. We anticipate that a Full and Final Release and Motion to Dismiss all claims will be executed and the Motion to Dismiss filed with the Court within the next couple of weeks.

Should you have any questions or concerns, please call.

Very truly yours,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

Norton A. (Trey) Colvin III

NAC3/lac
Enc.
cc:   Mr. Jon R. Alworth
      Alworth & Ford, LLP
      62 East Price Road
      Brownsville, Texas 78521