UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 8 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-134 |
| | § | |
| COORS BREWING COMPANY, | § | |
| PROCESS ENTERPRISES, INC. | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES | § | |
|     Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff JESUS REY, SR. and Defendants COORS BREWING COMPANY, PROCESS ENTERPRISES, INC., T&C CONSULTANTS, Individually and d/b/a PROCESS ENTERPRISES and request the Court to dismiss all of Plaintiff's claims and causes of action filed herein against Defendants COORS BREWING COMPANY, PROCESS ENTERPRISES, INC., T&C CONSULTANTS, Individually and d/b/a PROCESS ENTERPRISES for the reason that all matters in controversy between the parties have been resolved.

WHEREFORE, Plaintiff and Defendants request this Court sign an Order dismissing all claims of Plaintiff herein with prejudice, with costs of court to be taxed against the party incurring same.

Respectfully submitted,

ALWORTH LAW FIRM

_____
JON R. ALWORTH
State Bar No. 01133070
Federal Admission No. 35674
62 East Price Road
Brownsville, Texas 78521
Phone: (956) 542-7700
Fax: (956) 504-2377
ATTORNEY FOR PLAINTIFF

RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP

_____
Joseph A. "Tony" Rodriguez
State Bar No. 17146600
Federal Admission No. 10107
Norton A. (Trey) Colvin III
State Bar No. 24045687
Federal Admission No. 570785
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
ATTORNEYS FOR DEFENDANTS