United States District Court
Southern District of Texas
ENTERED

APR 24 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS REY, SR. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-134 |
| | § | (636(c)) |
| COORS BREWING COMPANY, | § | |
| PROCESS ENTERPRISES, INC. | § | |
| T&C CONSULTANTS, Individually and | § | |
| d/b/a PROCESS ENTERPRISES | § | |
|    Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON BEFORE THE COURT Plaintiff Jesus Rey, Sr. and Defendants Coors Brewing Company, Process Enterprises, Inc., T&C Consultants, Individually and d/b/a Process Enterprises by and through their attorneys of record, having informed the Court that they no longer wish to pursue their claims and pray that the claims of Plaintiff Jesus Rey, Sr. against Defendants Coors Brewing Company, Process Enterprises, Inc., T&C Consultants, Individually and d/b/a Process Enterprises be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED, that all claims asserted in this cause be dismissed with prejudice, all costs taxed against the party incurring same.

SIGNED this 24th day of ____April____, 2006 at Brownsville, Texas.

United States Magistrate Judge

APPROVED AS TO CONTENT AND FORM:

*/s/ Jon R. Alworth*

JON R. ALWORTH
State Bar No. 01133070
Federal Admission No. 35674
62 East Price Road
Brownsville, Texas 78521
Phone: (956) 542-7700
Fax: (956) 504-2377
ATTORNEY FOR PLAINTIFF

*/s/ Joseph A. "Tony" Rodriguez*

Joseph A. "Tony" Rodriguez
State Bar No. 17146600
Federal Admission No. 10107
Norton A. (Trey) Colvin III
State Bar No. 24045687
Federal Admission No. 570785
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
ATTORNEYS FOR DEFENDANTS